Clayeo C. Arnold, SBN 65070
Anthony M. Ontiveros, SBN 152758
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
Email: aontiveros@justice4you.com

Attorneys for Plaintiff,
Angelica Mata Ramirez

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| ANGELICA MATA RAMIREZ,<br><br>　　　　Plaintiff,<br>vs.<br>WELLS FARGO BANK, N.A. AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>　　　　Defendants. | Case No.: 2:17-cv-02379-MCE-AC<br><br>**STIPULATION AND ORDER TO FILE SIGNED VERSION OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUHORITIES AND EXTEND DEADLINE FOR FILING OF DEFENDANT'S REPLY BRIEF**<br><br>DATE:　　JUNE 13, 2019<br>TIME:　　2:00 P.M.<br>DEPT.:　　7 |

**TO THE HONORABLE COURT:**

On May 30, 2019, at approximately 8:47 p.m., Plaintiff Angelica Mata Ramirez electronically filed and served her Memorandum of Points and Authorities in Opposition to Motion for Summary Judgment.

On May 31, 2019, the Court Clerk advised Plaintiff's counsel via electronic filing email that there was a deficiency in the filing because the Memorandum of Points and Authorities was not signed. When Plaintiff's counsel's office checked the filing, it was noticed that a draft version of the Memorandum of Points and Authorities was filed.

///

1

Plaintiff's counsel was unaware that a draft version of Plaintiffs Memorandum of Points and Authorities was filed with the Court rather than the finalized signed version.

Plaintiff's counsel notified Defendant's counsel of this error and offered to extend the deadline for Defendant to file and serve its Reply Brief by two additional days. Defendant accepted the offer.

Now, therefore, the parties, by and through their respective counsel of record, hereby enter into the following stipulation:

1. Plaintiff's final signed version of Memorandum of Points and Authorities in Opposition to Motion for Summary Judgment shall be filed on May 31, 2019.

2. Defendant shall have up to and including June 10, 2019 to file its Reply Brief to Plaintiff's Memorandum of Points and Authorities in Opposition to motion for Summary Judgment.

Date: May 31, 2019

CLAYEO C. ARNOLD
A Professional Law Corporation

By: /s/ Anthony M. Ontiveros
    Anthony M. Ontiveros
    Attorney for Plaintiff

Date: May 31, 2019

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: /s/ Alexander Nestor
    Alexander Nestor
    Attorney for Defendant

**IT IS SO ORDERED.**

**Dated: June 5, 2019**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE